IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01949-MSK-MJW

NOVA GROUP, INC,

Plaintiff(s),

v.

AMERICAN GENERAL STEEL/BUILDING SYSTEMS.US, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     This matter was set for a status conference today, December 19, 2005, at 10:00 a.m.  No party appeared at the status conference.  Accordingly, it is hereby **ORDERED** that the parties shall submit to Magistrate Judge Watanabe a written status report on or before December 30, 2005.  In the status report, the parties shall inform this court on the status of the bankruptcy proceedings and whether relief from stay has been requested. The parties shall also inform this court as to whether the trustee in bankruptcy has abandoned this case.

     It is **FURTHER ORDERED** that this case is **STAYED** until further Order of Court.

Date:  December 19, 2005