IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01949-MSK-MJW

NOVA GROUP, INC., a California corporation,

    Plaintiff,

v.

AMERICAN GENERAL STEEL/BUILDING SYSTEMS.US, INC.,
d/b/a American Building Systems, a dissolved Colorado corporation,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Notice of Dismissal Pursuant to Rule 41(a)(1)(I), **docket no. 10.** Having reviewed the Notice, the Court hereby

ORDERS the Clerk to close this case.

Dated this 16th day of June 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge